# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

HONORABLE: Terry R. Means — PRESIDING
DEPUTY CLERK: Michelle Moon
LAW CLERK: ___

COURT REPORTER/TAPE: Debbie Saenz
USPO: Traci D. Uncel
INTERPRETER: ___

CR. No. 4:22-CR-035-Y    DEFT. No. (3)

UNITED STATES OF AMERICA

v.

JOSEPH EANES
Defendant's Name

AUSA: Shawn Smith

Counsel for Deft.: J. Warren St. John, (A)   Appt-(A), Retd-(R), FPD-(F)

## SENTENCING

Date Held: 1-17-23
Hearing Type: [ ] Sentencing Hearing - Contested  [X] Sentencing Hearing - Non-Evidentiary
Time in Court: 10 mins.
Trial Status: [ ] Completed by Jury Verdict  [ ] Continued from Previous Month  [ ] Directed Verdict  [ ] Evidence Entered  [ ] Hung Jury  [ ] Jury Selection Only, continued  [ ] Jury Selection or Verdict Only (No Trial Before this Judge)  [ ] Mistrial  [X] Settled/Guilty Plea  [ ] None
Days in Trial: ___
Hearing Concluded: [X] Yes  [ ] No

[X] Sentencing held.  [ ] Objections to PSI heard.  [X] Plea agreement accepted.  [ ] Plea agreement NOT accepted.
[ ] Sentencing Guidelines  [ ] Departs Upward  [ ] Departs Downward

### SENTENCING TEXT:

- [ ] Deft. placed on: Probation for ___
- [X] Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of 72 months
- [X] Deft. placed on: Supervised Released for 3 years
- [ ] Restitution ordered in the amount of $___ and/or Fine imposed in the amount of $___
- [X] Count(s) 1 of indictment dismissed on government's motion.
- [ ] Order dismissing original Indictment/Information to be entered upon government's written motion.
- [X] $ 100.00 special assessment on Count(s) 1s of [ ] Complaint [ ] Indictment [ ] Information [ ] Superseding Indictment [X] Superseding Information.

- [ ] Deft ordered to surrender to the designated institution on ___
- [ ] Deft failed to appear, bench warrant to issue.
- [ ] Bond [ ] continued [ ] revoked
- [X] Deft Advised of his right to appeal.
- [ ] Deft requests Clerk to enter notice of Appeal.
- [ ] Deft Custody/Detention continued.
- [X] Deft REMANDED to custody.  Court recommends incarceration at ___

**FILED**
January 17, 2023
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

OTHER PROCEEDINGS/INFORMATION: ___